Filed
Clerk of Court
United States District Court
By jamesburrell
On: September 4, 2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO.** CR126-062 |
| | ) | |
| **v.** | ) | |
| | ) | **8 U.S.C. § 1326(a)** |
| **GERIALAN HUMBERTO** | ) | **Re-entry After** |
| **CRUZ-DIONICIO** | ) | **Removal/Deportation** |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
*Re-entry After Removal/Deportation*
8 U.S.C. § 1326(a)

On or about August 8, 2026, in Richmond County, within the Southern District of Georgia, the Defendant,

**GERIALAN HUMBERTO CRUZ-DIONICIO,**

an alien, was found in the United States after having been removed therefrom on or about March 1, 2019, at or near Brownsville, Texas, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

A True Bill

F

Margaret E. Heap
United States Attorney

Steven T. Poland
Assistant United States Attorney
*Lead Counsel

Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

Joshua Kyle Davis
Assistant United States Attorney
Co-Counsel