**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR126-062 |
| | ) | |
| GERIALAN HUMBERTO CRUZ-DIONICIO | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Samuel J. Adams** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Samuel J. Adams** be granted leave of absence for the following periods: November 2, 2026 through November 5, 2026; November 18, 2026 through November 26, 2026 .

**SO ORDERED**, this the 20th day of October, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA